**Thelma Causey PENNINGTON, Tutrix for and on behalf of Nellie E. Causey, et al. v. KANSAS CITY BRIDGE COMPANY.**

**No. 2038.**

Court of Appeal of Louisiana. First Circuit.

Nov. 9, 1939.

Breazeale & Sachse, of Baton Rouge, for appellant.

Jos. A. Gladney and W. F. Gladney, both of Baton Rouge, for appellee.

DORE, Judge.

For the reasons set forth in our opinion in the consolidated cases of Mrs. Alice Edwards Causey v. Kansas City Bridge Company and Thelma Causey Pennington, Tutrix for and on behalf of Nellie E. Causey et al. v. Kansas City Bridge Company, 191 So. 730, the judgment appealed from is affirmed.